**Electronically Filed
Supreme Court
SCWC-17-0000025
11-DEC-2018
10:18 AM**

SCWC-17-0000025

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

ANTHONY MARK ALBERT, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000025; CR. NO. 08-1-0118)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Anthony Mark Albert's Application for Writ of Certiorari, filed on October 30, 2018, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 11, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

